Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock  TX  79424
(806) 748-1980 Phone
(806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:

| | |
|---|---|
| STACYE ANN JOHNSON | CASE NO.: 09-10101-RLJ-13 |
| DEBTOR(S) | DATED: March 03, 2014 |

### TRUSTEE'S CERTIFICATION OF RECEIPT AND DISBURSEMENT OF FINAL CHAPTER 13 PLAN PAYMENT

   The Standing Chapter 13 Trustee, hereby certifies that the Trustee has received and disbursed the final Chapter 13 plan payment required by the Order Confirming Chapter 13 Plan or any subsequent superseding order entered thereafter in the above number case.  If the Debtor is eligible for discharge, the Debtor must file within twenty-one (21) days hereof the Debtor's Certification and Motion for entry of Chapter 13 Discharge pursuant to 11 U.S.C. 1328(a).

  _X_  If applicable Certification is made by the Debtor, the Trustee notes that the above-named Debtor appears to be eligible for Chapter 13 Discharge.

  ___  Trustee notes that the above-named Debtor may NOT be eligible for Chapter 13 Discharge.

> Pursuant to 11 U.S.C. 1328(f)(1) the Debtor may have received a discharge under Chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief in the above-numbered case, or
>
> Pursuant to 11 U.S.C. 1328(f)(1) the Debtor may have received a discharge under Chapter 13 of this title during the 2-year period preceding the date of the order for relief in the above-numbered case, and/or
>
> Pursuant to 11 U.S.C. 1328(g)(1) subsequent to the filing of the petition in the above-numbered case, Debtor may have not completed an instructional course concerning personal financial management described in 11 U.S.C. 111.

Dated:  March 03, 2014

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee

### Certificate of Service

I hereby certify that a true copy of the foregoing TRUSTEE'S CERTIFICATION OF RECEIPT AND DISBURSEMENT OF FINAL CHAPTER 13 PLAN PAYMENT was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on March 03, 2014.

JAMES ERVIN GARVIN 4909 CHERRY TREE DR  CIBOLO TX 78108
STACYE ANN JOHNSON 2715 SOUTHWEST DR #109  ABILENE TX 79605
MONTE J WHITE & ASSOCIATES PC ATTORNEY AT LAW ABILENE PO BOX 2128 WICHITA FALLS TX 76307
MCCREARY VESELKA BRAGG & ALLEN PO BOX 1269  ROUND ROCK TX 78680
BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056
B-LINE LLC ATTN  STEVEN KANE PO BOX 91121  DEPT 550 SEATTLE WA 98111

Dated:  March 03, 2014

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee